**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Miguel C. Cruz individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br>Weather Mark Group, LLC and Mark O. Stern, individually, Defendants | 1:16-cv-07010<br>Hon. Rebecca R. Pallmeyer |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing party having neither filed an Answer or a Motion for Summary Judgment, respectfully requests that the Court dismiss all causes of action against Defendants, with prejudice.

Friday, September 02, 2016

Respectfully submitted,

**s/ Valentin T. Narvaez**
Plaintiff's Counsel

Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
Direct: 312-878-1302
vnarvaez@yourclg.com